TOMNEY. Respondent, v. AMERICAN TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by Michael C. Tomney against the American Telephone & Telegraph Company. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

TOMPKINS, Respondent, v. HATCH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by Hamilton B. Tompkins against Daniel B. Hatch and others. C. DeH. Brewer, for appellants. F. H. Man, for respondent. No opinion. Judgment affirmed, with costs.

TOWN OF BRIGHTON, Respondent, v. AMDOURSKY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1902.) Action by the town of Brighton against Nellie Amdoursky. No opinion. Judgment affirmed, with costs.
SPRING, J., not voting.

In re TRINITY AVE. (Supreme Court, Appellate Division, First Department. November 7, 1902.) In the matter of Trinity avenue. No opinion. Reargument ordered.

TRUCKENBROT, Respondent, v. MASCA et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by John Truckenbrot against Augusta Masca and another. No opinion. Judgment and order affirmed, with costs.

TYNG, Appellant, v. THAIN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by Thomas M. Tyng against Alexander Thain and others. S. Lent, for appellant. A. Thain, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re UNION TRUST CO. OF ALBANY. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) In the matter of the application of the Union Trust Company of Albany, N. Y., to be designated as a deposit bank for court funds. No opinion. Motion granted.

UNITED PRESS, Respondent, v. A. S. ABELL CO. et al., Respondents (AGNUS, Appellant). (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by the United Press against the A. S. Abell Company and others. A. G. Fox, for appellant. W. C. Davis, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

UNITED STATES, Respondent, v. CHURCHYARD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) Action by the United States of America, for the use and benefit of, etc., against Joseph J. Churchyard and another. No opinion. Judgment affirmed, with costs.

VALENTINE, Appellant, v. HEALEY et al., Respondents. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action for rent by Henry G. Valentine against Warren M. Healey and another. From a judgment entered on direction of the court dismissing the complaint after trial at trial term, plaintiff appeals. Reversed. John Notman, for appellant. Robert Thorne, for respondent.
O'BRIEN, J. There are three facts that did not appear at the former trial, but were established upon the new trial, which, in our opinion, distinguish the case, and make inapplicable the rule stated as controlling on the previous appeal. Valentine v. Healey, 1 App. Div. 502, 37 N. Y. Supp. 287; Id., 158 N. Y. 369, 52 N. E. 1097, 43 L. R. A. 667. The first is, the evidence now shows that Valentine joined in the original lease with Healey. The second is that notice in writing was sent by Valentine to Healey, objecting to the firm's holding over or retaining the property, unless it was taken for a year. The third fact, now clearly brought out, is that Healy did not undertake, as a tenant in common, to reinvest himself with possession, but that a different entity or firm, known as "Healey & Co.," tenants under the old lease, held over and retained possession of the premises. The judgment appealed from should be reversed, and a new trial granted, with costs to the appellant to abide the event. All concur, except VAN BRUNT, P. J., and McLAUGHLIN, J., who dissent.

VAN DEVEER, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Ralph L. Van Deveer against Ezra L. Smith and another. No opinion. Judgment of county court affirmed, with costs.

VAN EPPS v. SCHENECTADY RY. CO. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by Belle Van Epps against the Schenectady Railway Company.
PER CURIAM. Order (77 N. Y. Supp. 889) reversed, with $10 costs and disbursements, and motion to vacate injunction denied, with $10 costs. Injunction modified by striking out that part thereof which reads as follows: "And that they be further enjoined and restrained, until the further order of the court, from interfering with the removal of the railroad poles and wires and the restoration of the street by the plaintiff herein,"—upon opinion in Paige v. Railway Co. (decided herewith) 79 N. Y. Supp. 266.
KELLOGG, J., dissenting.